THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02027-WDM-MJW

PCL CONSTRUCTION ENTERPRISES, INC., a Colorado
Corporation,

    Plaintiff,

v.

LARRY S. BERMAN, an individual,
NORLAR, INC., a Pennsylvania Corporation, and
COUNTRY WORLD CASINOS, INC., a Nevada Corporation,

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION
## TO AMEND FINAL PRETRIAL ORDER

---

THIS MATTER comes before the Court on the parties' Stipulated Motion to Amend Final Pretrial Order.

The Court, having reviewed the Motion, and being fully advised in the premises, hereby:

ORDERS that the Motion is granted. Paragraph 7(b) of the PTO is amended to state that copies of all listed exhibits must be provided to opposing counsel no later than April 3, 2006. All objections contemplated by Fed.R.Civ.P. 26(a)(3) are to be filed with the clerk and served by hand delivery or facsimile no later than 11 days after the exhibits are provided.

Counsel for Berman and Norlar shall have until April 3, 2006 to modify Defendants' Witness List Form to reflect the estimated time for direct and cross examinations.

DATED this \_\_6TH\_\_ day of January, 2006.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE