IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 02-CV-02027-WDM-MJW

PCL CONSTRUCTION ENTERPRISES, INC.,

Plaintiff,

v.

LARRY S. BERMAN, et al.,

Defendants.

## MINUTE ORDER

     It is hereby ORDERED that the Plaintiff's Motion for Leave to File Motions for Partial Summary Judgment (docket no. 102) is GRANTED finding good cause shown. Both the Plaintiff and Defendants shall have up to and including February 10, 2006, to file any dispositive motions. The dispositive motions deadline is extended to February 10, 2006.

Date:  January 9, 2006