IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   02-cv-02027-WDM-MJW

PCL CONSTRUCTION ENTERPRISES, INC.

      Plaintiff,

v.

LARRY S. BERMAN, et al.,

      Defendants.

---

### ORDER ON MOTION TO CONTINUE TRIAL PREPARATION CONFERENCE

Miller, J.

This matter is before me on Plaintiff PCL Construction Enterprises, Inc.'s Unopposed Motion to Continue Trial Preparation Conference, filed December 18, 2006 (doc no. 139). A trial preparation conference is currently scheduled for December 29, 2006. However, the parties represent that they have reached a complete settlement.

Accordingly, it is ordered:

1. PCL's motion to continue the trial preparation conference is granted.

2. The December 29, 2006 trial preparation conference is vacated.

3. All pending motions are denied without prejudice.

4. The parties are ordered to file a motion to dismiss on or before January 5, 2007.

DATED at Denver, Colorado, this 27th day of December, 2006.

BY THE COURT:

Walker D. Miller
United States District Judge