IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 02-cv-02027-WDM-MJW

PCL CONSTRUCTION ENTERPRISES,

    Plaintiff,

v.

LARRY S. BERMAN,
NORLAR, INC. AND
COUNTRY WORLD CASINOS, INC.,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes judicial notice that the remaining parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to defendants Larry S. Berman and Norlar, Inc., each party to pay his or its own costs and attorneys' fees. (An Amended Judgment entered as to defendant Country World Casinos, Inc. On April 19, 2004.)

DATED at Denver, Colorado, on January 8, 2007.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge

PDF FINAL